UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

DERIC NELSON,

        Plaintiff,

    - against -

JOHN B. STELLA, ESQ., et al,

        Defendant.

---------------------------------X

AFFIDAVIT OF SERVICE BY MAIL

13-CV-6812 (KAM)(MDG)

STATE OF NEW YORK  }
                  } s.s.:
COUNTY OF NEW YORK }

    I, TATIANA STRICKLAND, being sworn, say that I am not a party to the matter herein, am over 18 years of age and reside in the County of Kings, State of New York.

    On March 10, 2014 I served the within Order dated March 5, 2014 by mailing a copy to each of the following persons at the address set forth after each name below:

DERIC NELSON
NYSID 06922876Y
Mid-Hudson Forensic Psychiatric Center
2834 Route 17-M
New Hampton, NY 10958

_____
TATIANA STRICKLAND

Sworn before me this 10th day
of March, 2014

_____
NOTARY PUBLIC

GREGORY GOMEZ
NOTARY
NO. 02GO6276994
QUALIFIED IN KINGS COUNTY
COMM. EXP. 02/25/2017
STATE OF NEW YORK
PUBLIC